*In re* PETER DÍAZ SANTIAGO.

*Número:* TS-11007          *Resuelto:* 5 de abril de 2006

---

*Noemí Rivera De León*, procuradora general auxiliar, y *Maite D. Oronoz Rodríguez*, subprocuradora general; *Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Peter Díaz Santiago*, peticionario que comparece por derecho propio.

## RESOLUCIÓN

Habiendo transcurrido el término de suspensión de un (1) año del ejercicio de la abogacía del Sr. Peter Díaz Santiago, decretado mediante opinión *per curiam* y sentencia de 4 de marzo de 2005, y en vista de que la Oficina de Inspección de Notarías nos ha informado que aprobó la obra notarial el 13 de febrero de 2006 y que el Colegio de Abogados y el Procurador General han expresado no tener objeción alguna a su reinstalación, se *accede a la Moción en Solicitud de Reinstalación, al ejercicio de la abogacía y de la notaría, a partir de la notificación de la presente Resolución.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*